Eugene Killian, Jr., Esq. (Attorney ID 2043289)
Dimitri Teresh, Esq. (Attorney ID 5125281)
THE KILLIAN FIRM, P.C.
48 Wall Street, 11th Floor,
New York, NY 10005
(732) 912-2100
e-mail: ekillian@tkfpc.com
e-mail: dteresh@tkfpc.com

Elizabeth K. Green, Esq. (Cal. Bar No. 199634)
Admitted *pro hac vice*
GREEN HEALTH LAW, APC
201 N. Brand Blvd., Suite 200
Glendale, CA 91203
Telephone: (818) 722-1164
e-mail: egreen@greenhealthlaw.com

Attorneys for Plaintiff
Jane Doe

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| JANE DOE, | 24-cv-01183-ALC-GWG |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| -against- | ECF CASE |
| EMPIRE HEALTHCHOICE ASSURANCE, INC., | |
| Defendant. | |

-----------------------------------------------------------------X

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE that the parties have reached a settlement of this action. It is anticipated that settlement documents will be circulated and processed, the matter resolved, and a Stipulation for Dismissal filed within forty-five (45) days. Plaintiff respectfully requests that the Court vacate all pending court dates.

-2-

DATED: March 21, 2025

By: /s/ *Elizabeth K. Green*
Elizabeth K. Green, Esq. (Cal Bar No. 199634)
Admitted *pro hac vice*
GREEN HEALTH LAW, APC
201 N. Brand Blvd., Suite 200
Glendale, CA 91203
Telephone: (818) 722-1164
e-mail: egreen@greenhealthlaw.com

Eugene Killian, Jr., Esq. (Attorney ID 2043289)
Dimitri Teresh, Esq. (Attorney ID 5125281)
THE KILLIAN FIRM, P.C.
48 Wall Street, 11th Floor,
New York, NY 10005
Telephone: (732) 912-2100
e-mail: ekillian@tkfpc.com
e-mail: dteresh@tkfpc.com

Attorneys for Plaintiff
Jane Doe