IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>　　　Plaintiff,<br><br>v.<br><br>EMPIRE HEALTHCHOICE ASSURANCE, INC.,<br><br>　　　Defendant. | Case No. 1:24-cv-01183-ALC |

## STIPULATED DISMISSAL WITH PREJUDICE

Plaintiff Jane Doe ("Plaintiff") and Anthem HealthChoice Assurance, Inc. f/k/a Empire HealthChoice Assurance, Inc. ("Anthem") (collectively, the "Parties") hereby stipulate and agree that the above-captioned action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Parties further agree to bear their own fees and costs associated with this matter.

| | |
|---|---|
| **JANE DOE** | **ANTHEM HEALTHCHOICE ASSURANCE, INC.  F/K/A  EMPIRE HEALTHCHOICE ASSURANCE, INC.** |
| By: *Elizabeth K. Green*  <br>Elizabeth K Green. <br>**GREEN HEALTH LAW, APC** <br>201 N. Brand Blvd., Suite 200 <br>Glendale, CA 91203 <br>Telephone: (818) 722-1164 | By: *Valerie Sirota*  <br>Valerie Sirota <br>**TROUTMAN PEPPER LOCKE LLP** <br>875 Third Avenue <br>New York, NY 10022 <br>Telephone: (212) 704-6067 <br>*Attorney for Defendant* |
| Eugene Killian, Jr. <br>**THE KILLIAN FIRM, P.C.** <br>48 Wall Street, 11th Floor <br>New York, NY 10005 <br>Telephone: (732) 912-2100 <br>*Attorneys for Plaintiff* | |