IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EMPIRE HEALTHCHOICE ASSURANCE, ) <br> INC., ) <br> ) <br>     Defendant. ) <br> ) | Case No. 1:24-cv-01183-ALC |

## STIPULATED DISMISSAL WITH PREJUDICE

Plaintiff Jane Doe ("Plaintiff") and Anthem HealthChoice Assurance, Inc. f/k/a Empire HealthChoice Assurance, Inc. ("Anthem") (collectively, the "Parties") hereby stipulate and agree that the above-captioned action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties further agree to bear their own fees and costs associated with this matter.

| | |
|---|---|
| **JANE DOE** | **ANTHEM HEALTHCHOICE ASSURANCE, INC. F/K/A EMPIRE HEALTHCHOICE ASSURANCE, INC.** |
| By: *[signature]* | By: *[signature]* |
| Elizabeth K Green. | Valerie Sirota |
| **GREEN HEALTH LAW, APC** | **TROUTMAN PEPPER LOCKE LLP** |
| 201 N. Brand Blvd., Suite 200 | 875 Third Avenue |
| Glendale, CA 91203 | New York, NY 10022 |
| Telephone: (818) 722-1164 | Telephone: (212) 704-6067 |
| | *Attorney for Defendant* |
| Eugene Killian, Jr. | |
| **THE KILLIAN FIRM, P.C.** | |
| 48 Wall Street, 11th Floor | |
| New York, NY 10005 | |
| Telephone: (732) 912-2100 | |
| *Attorneys for Plaintiff* | |